EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Gerardo Mariani Padilla | 2017 TSPR 123<br><br>198 DPR ____ |
|---|---|

Número del Caso: TS-4512


Fecha:   30 de junio de 2017


Abogado de la parte peticionaria:

        Por derecho propio


Materia:   Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


*In re*:


Gerardo Mariani Padilla            TS-4512


RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de junio de 2017.

Atendida la *Moción Informativa* presentada por el peticionario Sr. Gerardo Mariani Padilla el 12 de junio de 2017, se autoriza su reinstalación al ejercicio de la abogacía. Se advierte al peticionario de su obligación de actualizar y mantener al día la información requerida por el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Asimismo, se le apercibe que viene obligado a cumplir con los requisitos consignados en el Reglamento de Educación Jurídica Continua, según enmendado, 4 LPRA Ap. XVIII-D (2012 y Supl. 2016). El Secretario del Tribunal procederá a registrar el cambio del peticionario de estatus inactivo a abogado activo en el RUA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres proveería no ha lugar. La Jueza Presidenta Oronoz Rodríguez, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Colón Pérez no intervinieron.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo